**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-1412**

─────────────

PAKUJA CRYSTAL VANG,

               Plaintiff - Appellant,

     v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:22-cv-00253-MR)

─────────────

Submitted:  June 22, 2023　　　　　　　　　　　　Decided:  June 27, 2023

─────────────

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Pakuja Crystal Vang, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pakuja Crystal Vang seeks to appeal the district court's orders entered in her pending civil action denying her motion to appoint counsel and directing her to respond to the defendant's motion to dismiss. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Vang seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
